2

Brian S. Haddix (230332)

Haddix Law Firm

1224 I Street

Modesto, CA 95354-0912

(209) 338-1131

bhaddix@modestobankruptcylaw.com

Attorney for Wendy Marie Deulus

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

| | |
|---|---|
| In re | Case No 24-90017 |
| **WENDY MARIE DEULUS,** | Chapter 7 |
| Debtor(s), | DC No BSH-1 |
| | Hearing Date: January 25, 2024<br>Hearing Time: 10:30 a.m.<br>Department: E; Courtroom: N/A<br>Judge: Hon. Ronald H. Sargis |

**ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION TO**

**COMPEL ABANDONMENT**

The application of **WENDY MARIE DEULUS** ("Movant(s)") for an order shortening time

for a hearing on Movant's Debtor's Motion to Compel Abandonment ("Debtor's Motion") having

been submitted to this Court and good cause existing for the granting of this application, it is hereby

ORDERED that:

     1.     The application for an Order shortening time is hereby granted.

     2.     The hearing on the Debtor's Motion shall be set for Thursday, January 25, 2024, at

10:30 a.m., in Dept. E, Courtroom N/A, U.S. Bankruptcy Court, 1200 I Street, Suite 200, Modesto,

CA 95354.

3.         Opposition, if any, to Debtor's Motion shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

4.         A copy of this Order shall be served on all parties in interest by Electronic Service on Registered e-Filers and separately sent via email by Debtor's counsel to known email addresses of the responsible representative of the U.S. Small Business Administration and the Chapter 7 Trustee by close of business Monday, January 22, 2024.

**Dated:** January 22, 2024

**By the Court**

_____
**Ronald H. Sargis, Judge**
**United States Bankruptcy Court**

2